| | | | |
|---|---|---|---|
| Case No. | LA CV 16-4490 JVS (JCG) | Date | October 24, 2017 |
| Title | *Garnik Sahakian v. R. Grillo, et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: | |
| None Appearing | None Appearing | |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On June 7, 2016, plaintiff Garnik Sahakian ("Plaintiff"), who is proceeding *pro se*, lodged a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983. [Dkt. No. 1.] On March 28, 2017, the Court screened the Complaint, and found it wanting in several respects. [*See* Dkt. No. 9.] Accordingly, the Court dismissed the Complaint but granted Plaintiff leave to amend within thirty days. [*Id.* at 4.]

On April 27, 2017, Plaintiff filed a request for an enlargement of time, seeking until July 10, 2017 to file an amended complaint. [Dkt. No. 10.] On May 1, 2017, the Court granted in part and denied in part Plaintiff's request, and gave Plaintiff an additional 30 days to file his First Amended Complaint ("FAC"). [Dkt. No. 11.]

On May 26, 2017, Plaintiff filed another request for an enlargement of time, seeking 90 days to file his FAC. [Dkt. No. 12.] On June 2, 2017, the Court granted in part and denied in part Plaintiff's request, and again gave Plaintiff an additional 30 days to file his FAC. [Dkt. No. 13.]

On June 26, 2017, Plaintiff filed a third request for an enlargement of time, seeking an extension of time until he has seen an eye specialist to file his FAC. [Dkt. No. 14.] On July 5, 2017, the Court granted in part and denied in part Plaintiff's request, and ordered Plaintiff to file his FAC no later than August 4, 2017. [Dkt. No. 15.] As of today's date, Plaintiff has yet to file a First Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his First Amended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 16-4490 JVS (JCG) | Date | October 24, 2017 |
|---|---|---|---|
| Title | *Garnik Sahakian v. R. Grillo, et al.* | | |

Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is expressly warned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

cc: Parties of Record

                                                     00 : 00

Initials of Clerk      kh