JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNIK SAHAKIAN, | Case No. LA CV 16-4490 JVS (JCG) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. GRILLO, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 27, 2017

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE